# UNITED STATES DISTRICT COURT
for the

Western District of Missouri

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| LARRY BEAL | ) Case No: 99-03052-01-CR-S-ODS |
| | ) USM No: 12271-045 |
| Date of Original Judgment: 11/17/2000 | ) |
| Date of Previous Amended Judgment: 04/15/2009 | ) STEVE MOSS, AFPD |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  Cts. 1, 3, 6, 7 & 8, *  months **is reduced to**  188 months on each Cts. **  .

*(Complete Parts I and II of Page 2 when motion is granted)*

*292 months each; Ct. 9, 120 months, concurrent

**1, 3, 6, 7 & 8; 120 months on Ct. 9, all sentences to run concurrent for a total sentence of 188 months, with condition to reside in and satisfactorily participate in a Residential Re-entry Center program, until discharged by the center director after consultation with the Probation Office, for a period not to exceed 30 days.

Except as otherwise provided, all provisions of the judgment dated  11/17/2000  shall remain in effect.
**IT IS SO ORDERED**.

Order Date:  11/10/2011                s/ Nanette K. Laughrey
                                       *Judge's signature*

Effective Date:  11/15/2011            NANETTE LAUGHREY, UNITED STATES DISTRICT JUDGE
*(if different from order date)*       *Printed name and title*